FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 12 2020 ★

BROOKLYN OFFICE



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADG

271 Cadman Plaza East
Brooklyn, New York 11201

February 6, 2020

*No hearing is required. On consent supervised release is terminated forthwith.*
*So ordered*
*/s/ Jack B Weinstein*
*2/8/2020*

By ECF and E-Mail

The Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Tyler Briggs, 10-CR-607 (JBW)</u>

Dear Judge Weinstein:

The government respectfully submits this letter to advise the Court that the government and the Probation Department do not object to the defendant Tyler Briggs's motion for early termination of supervised release. The government has received and reviewed the defendant's <u>pro se</u> motion, dated December 20, 2019, outlining the reasons for his request. The government has discussed the matter with the Probation Department and defense counsel. Based on those discussions, the government has no objection to the defendant's supervised release being terminated early.

A hearing on the defendant's motion has been scheduled for February 12, 2020, at 11:30 a.m. In light of the parties' positions, the parties and the Probation Department respectfully submit that a hearing is no longer necessary. However, if a hearing is ordered, both the government and the defendant are unavailable on February 12, 2020, due to scheduling conflicts. The undersigned will be out of the country from February 21 to March 2, 2020. Defense counsel has a trial scheduled from March 2 to early April.

Should a hearing be ordered, the parties respectfully request that the hearing be scheduled on February 18, 2020 or a date in late April that is convenient for the Court.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:     /s/ Andrew D. Grubin
Andrew D. Grubin
Assistant U.S. Attorney
(718) 254-6322

Enclosures

CC:    Clerk of the Court (JBW) by ECF and E-Mail
Michael Gold, Esq. by ECF and E-Mail
Probation Officer Marline Aurelus, by E-Mail